```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 14-02519-RNO
Keith D. Geise, Sr.
Susan A. Geise                                                    Chapter 13
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRadginsk            Page 1 of 1              Date Rcvd: Oct 26, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db/jdb         +Keith D. Geise, Sr.,    Susan A. Geise,    13533 Wolf Rd,    Greenwood, DE 19950-5535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   McClure    on behalf of Debtor 2 Susan A. Geise jmcclure@bmzlaw.com,
               nvargas@bmzlaw.com;plarson@bmzlaw.com
              James   McClure    on behalf of Debtor 1 Keith D. Geise, Sr. jmcclure@bmzlaw.com,
               nvargas@bmzlaw.com;plarson@bmzlaw.com
              Jill   Manuel-Coughlin    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    **Keith D. Geise, Sr.** : Case No. 1:14-bk-02519-RNO
    **Susan A. Geise,** :
        **Debtor** : Chapter 13
     :

### ORDER AUTHORIZING DEBTORS TO INCUR POST-PETITION SECURED DEBT

AND NOW, Keith D. and Susan A. Geise, Jr., having filed a Motion to Sell Property of the Estate and Incur Post-Petition Secured Debt and after Notice to Creditors and Other Parties in Interest, and no Objection thereto having been filed, it is hereby;

**ORDERED and DECREED** that Debtors, Keith D. and Susan A. Geise, Jr., are hereby authorized to incur post-petition secured debt with Steward Financial or other reputable lender in the amount not to exceed $15,000.00 for the purchase of a vehicle and are authorized to trade in their 2007 Chevy Malibu scheduled in their Petition to effectuate this transaction.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: October 26, 2017

Case 1:14-bk-02519-RNO   Doc 43   Filed 10/28/17   Entered 10/29/17 00:40:54   Desc
Imaged Certificate of Notice   Page 2 of 2