Certificate Number: 05781-PAM-DE-033177259

Bankruptcy Case Number: 14-02519



05781-PAM-DE-033177259

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2019, at 6:05 o'clock PM PDT, Keith Geise completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 29, 2019

By: /s/Allison M Geving

Name: Allison M Geving

Title: President